1 Todd M. Friedman (216752)
2 Meghan E. George (274525)
3 Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
4 21550 Oxnard St., Suite 780
5 Woodland Hills, CA 91367
Phone: (877) 619 - 8966
6 Fax: (866) 633 - 0228
7 tfriedman@toddflaw.com
abacon@toddflaw.com
8

9 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DICK LING**, individually and on behalf of all others similarly situated, | Case No. 4:20-CV-01173-KAW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **STS MEDIA, INC. D/B/A UNREAL MOBILE,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming.

///

///

Notice of Settlement - 1

This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 25th day of August 2020.

        By: s/Todd M. Friedman
           TODD M. FRIEDMAN
           Law Offices of Todd M. Friedman, P.C.
           Attorney for Plaintiff

Filed electronically on this 25th day of August 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Magistrate Judge Kandis A. Westmore
United States District Court
Northern District of California

James T. Ryan
Annigian Ryan LLP

This 25th day of August 2020.

<u>s/Todd M. Friedman</u>
Todd M. Friedman