UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DICK LING,<br><br>        Plaintiff,<br><br>    v.<br><br>STS MEDIA, INC., et al.,<br><br>        Defendants. | Case No. 4:20-cv-01173-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 20 |
|---|---|

On August 25, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the case management conference set for September 1, 2020 is continued to November 10, 2020. The joint case management statement is due on or before November 3, 2020.

IT IS SO ORDERED.

Dated: August 26, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge